USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SARAH BOUZREKI, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

           Plaintiff,

-against-

GREAT DANE OPCO, LLC d/b/a GREAT NORTHERN FOOD HALL, and BRYAN FLOODMAN

           Defendants.
------------------------------------------------------------X

22-CV-9334 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 31, 2022, Plaintiff filed the Complaint in this action, *see* Dkt. 1;

WHEREAS on November 3, 2022, the Summons and Complaint were served upon Defendant Great Dane OPCO, LLC ("Great Dane OPCO"), *see* Dkt. 8;

WHEREAS the deadline for Great Dane OPCO to answer or otherwise respond to the Complaint was November 28, 2022; and

WHEREAS to date, Great Dane OPCO has not appeared in this case;

IT IS HEREBY ORDERED that not later than **Friday, January 13, 2023**, Plaintiff must apply for a certificate of default against Great Dane OPCO, or show cause why the Court should not dismiss the case against it for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Should the Clerk of Court then issue a certificate of default against Great Dane OPCO, Plaintiff must move for default judgment against it not later than fourteen days after the Clerk of Court issues the certificate.

**SO ORDERED.**

Date:  January 3, 2023
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

Page 1 of 1