UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH BOUZEKRI, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*

                Plaintiff,

-against-

GREAT DANE OPCO, LLC, d/b/a/ GREAT NORTHERN FOOD HALL, and BRYAN FLODMAND,

                Defendants.

No. **1:20-cv-09334-VEC**

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a)**

---

TO:    Joshua Zuckerberg, Esq.
         **PRYOR CASHMAN LLP**
         7 Times Square
         New York, New York 10036
         (212) 421-4100
         jzuckerberg@pryorcashman.com
         *Attorneys for Defendants*

PLEASE TAKE NOTICE that pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Sarah Bouzekri ("Plaintiff") accepts the Offer of Judgment served on her by Defendant Bryan Flodmand ("Defendant") on May 4, 2023, allowing Plaintiff to take judgment against Defendant in the amount of Ten Thousand Dollars ($10,000), inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees with respect to Plaintiff's federal claims under the Fair Labor Standards Act, as amended.

Dated: New York, New York
         May 4, 2023

                                          **Lee Litigation Group, PLLC**

                                          By: _____
                                          C.K. Lee, Esq.
                                          148 West 24th Street, 8th Floor,
                                          New York, New York 10011
                                          Main: (212) 465-1180
                                          cklee@leelitigation.com
                                          *Attorneys for Plaintiff*

## AFFIRMATION OF SERVICE

I, C.K. Lee, Esq., declare under penalty of perjury that on May 4, 2023, I served a copy of the attached NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a) upon Defendant Bryan Flodmand by electronic mail to the following person:

Joshua Zuckerberg, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel.: (212) 421-4100
jzuckerberg@pryorcashman.com
*Attorneys for Defendants*

                                        **Lee Litigation Group, PLLC**

By: _____
      C.K. Lee, Esq.
      148 West 24th Street, 8th Floor,
      New York, New York 10011
      Main: (212) 465-1180
      cklee@leelitigation.com
      *Attorneys for Plaintiff*