UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH BOUZEKRI, *on behalf of herself, FLSA Collective Plaintiffs, and the Class* <br><br> Plaintiff, <br><br> -against- <br> GREAT DANE OPCO, LLC, d/b/a/ GREAT NORTHERN FOOD HALL, and BRYAN FLODMAND, <br><br> Defendants. | No. **1:20-cv-09334-VEC** <br><br><br> **[PROPOSED] JUDGMENT** |

WHEREAS Defendant Bryan Flodmand ("Defendant") offered to allow judgment to be taken against him by Plaintiff Sarah Bouzekri ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment ("Offer"), dated May 4, 2023, and

WHEREAS Plaintiff accepted Defendant's Offer on May 4, 2023, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to a gross payment of Ten Thousand Dollars ($10,000), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees with respect to Plaintiff's federal claims under the Fair Labor Standards Act. Defendants are to remit payment to Plaintiff in accordance with the Offer. Interest shall accrue in accordance with the terms of the Rule 68 Offer if payment is not timely funded.

Dated: New York, New York
_____, 2023

SO ORDERED:

By:_____
        Hon. Valerie E. Caproni